UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRANDON DESHAWN BRADFORD,

        Plaintiff,                      Case No. 2:12-CV-323

v.                                         Hon. Gordon J. Quist

BARAGA MAXIMUM CORRECTIONAL
FACILITY, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 23, 2014. In that Report and Recommendation, Magistrate Judge Greeley recommends that Defendants' motion for summary judgment be granted in part and denied in part. The Report and Recommendation was duly served on the parties on April 23, 2014. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed April 23, 2014 (dkt. # 72) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (dkt. # 65) is **GRANTED in part and DENIED in part**.


Dated: May 15, 2014                                                /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE