UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRANDON DESHAWN BRADFORD,

    Plaintiff,

v.                                           Case No. 2:12-cv-323
                                              HON. GORDON J. QUIST

BARAGA MAXIMUM CORRECTIONAL
FACILITY, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

        Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On October 21, 2013, plaintiff filed correspondence with this Court indicating that he was being released from incarceration on November 1, 2013, and provided the Court with a new mailing address. On July 31, 2014, this Court issued a Case Management Order and mailed a copy of the order to plaintiff at the address provided by plaintiff. On September 18, 2014, plaintiff's copy of the order was returned to this Court as undeliverable, indicating "Not Deliverable as Addressed - Unable to Forward." Plaintiff has failed to keep this Court apprised of his current address. Furthermore, a review of the Court docket reflects that plaintiff has failed to file any pleadings in this matter since entry of the Court's order on July 31, 2014. It appears that plaintiff has abandoned the prosecution of this case. Therefore, it is recommended that plaintiff's complaint be dismissed in its entirety, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. *See Catz v. Chalker*, 142 F.3d 279, 286 (6th Cir. 1998); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991); *Buck v. U.S. Dept. of Agriculture*, 960 F.2d 603 (6th Cir. 1992).

NOTICE TO PARTIES:  Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3.  Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985).

     /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated:   January 12, 2015