UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRANDON DESHAWN BRADFORD,

    Plaintiff,

v.                                                 Case No. 2:12-cv-323
                                                   HON. GORDON J. QUIST
BARAGA MAXIMUM CORRECTIONAL
FACILITY, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 12, 2015. The Report and Recommendation was duly served on Plaintiff on January 12, 2015. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 12, 2015, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for failure to prosecute. The bench trial scheduled for April 21, 2015, is **CANCELED**.

A separate judgment will issue.

This case is **concluded**.


Dated: February 5, 2015                                                /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE